David E. Bower (SBN 119546)
**MONTEVERDE & ASSOCIATES PC**
600 Corporate Pointe, Suite 1170
Culver City, CA 90230
Tel: (213) 446-6652
Fax: (212) 202-7880
Email: dbower@monteverdelaw.com

*Counsel for Individual and Representative Plaintiff* Andrew Yoshimura

[*Additional counsel listed on signature block*]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW YOSHIMURA, on Behalf of Himself and All Others Similarly Situated, <br><br>Plaintiff,<br><br>vs.<br><br>JIVE SOFTWARE, INC., , ELISA STEELE, MARGARET BREYA, STEVE DARCY, ROBERT FRANKFURT, PHIL KOEN, TOM REILLY, CHUCK ROBEL, GABRIELLE TOLEDANO, BALAJI YELAMANCHILI, and TONY ZINGALE,<br><br>Defendants. | Case No. 5:17-cv-02811<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT to FED R. Civ. P. 41(a)(1)(A)** |

Notice is hereby given pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure that plaintiff Andrew Yoshimura ("Plaintiff") voluntarily dismisses the captioned action (the "Action") with prejudice as to Plaintiff only and without prejudice as to the putative class in the Action. Because this notice of dismissal is being filed with the Court before service by Defendants

of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

July 5, 2017

**OF COUNSEL**

**MONTEVERDE & ASSOCIATES PC**
Juan E. Monteverde
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, NY 10118
Tel: (212) 971-1341
E-mail: jmonteverde@monteverdelaw.com

*/s/ David E. Bower*
David E. Bower SBN 119546
**MONTEVERDE & ASSOCIATES PC**
600 Corporate Pointe, Suite 1170
Culver City, CA 90230
Tel: (310) 446-6652
Fax: (212) 202-7880
Email: dbower@monteverdelaw.com

*Counsel for Individual and Representative Plaintiff* Andrew Yoshimura